UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMULO MENESES RODRIGUEZ, | Case No. 1:25-cv-01121-JLT-CDB |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE APPLICATION OF KENDRA E. SAMSON TO PRACTICE *PRO HAC VICE* |
| v. | |
| ABS GLOBAL, INC., | (Doc. 18) |
| Defendant. | |

The Court has read and considered the application of Kendra E. Samson, attorney for Defendant ABS Global, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 18). Although Attorney Samson's application was submitted with a certificate of good standing, the certificate is dated December 1, 2025. (Doc. 18-1). The Court is unwilling to find based on a certificate more than five months old that the applicant is eligible for admissions *pro hace vice*. Accordingly, IT IS HEREBY ORDERED that Attorney Samson's application to appear *pro hac vice* is DENIED without prejudice subject to resubmittal with an attached certificate of good standing dated within the current year.

IT IS SO ORDERED.

Dated:   **May 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE