

## United States District Court
## Eastern District of California

ROMULO MENESES RODRIGUEZ

Plaintiff(s)

V.

ABS GLOBAL, INC.

Defendant(s)

Case Number: 1:25-cv-01121-JLT - CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Kendra E. Samson _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Defendant ABS GLOBAL, INC.

On ____10/24/1997____ (date), I was admitted to practice and presently in good standing in the
____Supreme Court of Tennessee____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)
Rodriguez v. ABS Global, Inc. Case No.: 1:25-cv-01121-JLT-CDB. Applied May 15, 2026.
Denied without prejudice due to Certificate of Good Standing being more than 5 months old.

Date: ____05/26/2026____          Signature of Applicant: /s/ Kendra Samson ____

U.S. District Court – Pro Hac Vice Application                                    Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Kendra E. Samson

Law Firm Name: Buchalter LLP

Address: 1 Music Circle South

Suite 300

City: Nashville State: TN Zip: 37203

Phone Number w/Area Code: (629) 224-6600

City and State of Residence: Franklin, TN

Primary E-mail Address: ksamson@buchalter.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: R. Brenton Urick

Law Firm Name: Buchalter LLP

Address: 1 Music Circle South

Suite 300

City: Nashville State: TN Zip: 37203

Phone Number w/Area Code: (629) 224-6600 Bar # 314810

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 27, 2026 _____
U.S. Magistrate Judge Christopher D. Baker